**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01556-CMA

BRUNILDA SUAREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello, entered on April 30, 2015, it is

ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of Defendant and against Plaintiff.  It is

FURTHER ORDERED each party shall bear its own costs and attorney fees.

Dated at Denver, Colorado this 30th day of April, 2015.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                     By: s/   V. Barnes

                              V. Barnes
                              Deputy Clerk